# JUDGMENT IN A CIVIL CASE

| | |
|---|---|
| SHAUNDRE LASKEY, et al., | ) |
| | ) |
| | ) |
| vs. | ) Case No. 22-3194-CV-S-MDH |
| | ) |
| BLUEGREEN VACATIONS | ) |
| UNLIMITED, et al., | ) |

☐ Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X Decision by Court. This action came to determination before the Court. The issues have been determined and a decision has been rendered.

Defendants' Motion for Summary Judgment is granted. (Doc. 101).

Plaintiffs' Motion for Partial Summary Judgment is denied. (Doc. 98).
.

**IT IS SO ORDERED**.

 October 11, 2024                     Paige Wymore-Wynn
Date                                   Clerk of Court


Entered on: February 28, 2024          s/Linda Howard
                                       (By) Deputy Clerk